PORFIRIA RAMIREZ
4830 BELDIN LANE
OAKLEY, CA. 94561

FILED

JUL 10 AM 9:53

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PORFIRIA RAMIREZ, IN PRO PER

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORIRIA RAMIREZ, | Case No.: CV-09-2342 CRB |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| NATIONAL CITY MORTGAGE, | |
| Defendant | |

1. I am 18 years of age and **not a party to this action.** I am a resident of California and am employed in San Francisco County.

2. My resident is: 237 Kearny Street, San Francisco, CA. 94108.

3. On July 8, 2009 I mailed National City Mortgage, from San Francisco, the following documents: NOTICE OF HEARING, AND EMERGENCY APPLICATION FOR A TEMPORY RESTAINING ORDER.

4. On July 9, 2009 I sent National City Mortgage via fax the following documents: NOTICE OF HEARING, AND EMERGENCY APPLICATION FOR A TEMPORY RESTAINING ORDER. I received a transmission verification report stating the results were sent. I'll attach the report as exhibit "A".

5. I served the documents on July 8, 2009 by inclosing them in an envelope and depositing them in a sealed envelope with the United States Postal Service with postage fully prepaid.

- 1 -
PROOF OF SERVICE

1  6. The envelopes were address as follows:
2      NATIONAL CITY MORTGAGE
3      818 WEST SEVENTH STREET
4      LOS ANGELES, CA. 90017
5      And
6      NATIONAL CITY MORTGAGE
7      3232 NEWMARK DRIVE
8      MIAMIBURG, OH 45342

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 9, 2009

*/s/ Carlos Florentino*
CARLOS FLORENTINO
SERVER

- 2 -
PROOF OF SERVICE

# EXHIBIT A

1030 S. HUTCHINS # 4-301

LODI, CA. 95240

Fax # 209-333-2947    Phone (415)-756-7420

**Home Solutions**

# Fax

To: Legal Dept.            From: Carlos Florentino
Fax: 937-913-7531          Pages (including cover):
Phone:                     Date:
Re: Porfiria Ramirez       CC:

Notes: Att: Kerri

Per your request, I am faxing you a copy of Notice of Hearing, which in turn you said you would forward to your legal dept. If you have any questions please contact me at 415-756-7420.

Carlos Florentino

PORFIRIA RAMIREZ
4830 BELDIN LANE
OAKLEY, CA. 94561
(209)329-3974

PORFIRIA RAMIREZ, IN PRO PER

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORFIRIA RAMIREZ, | Case No.: CV092342CRB |
| Plaintiff, | NOTICE OF HEARING |
| vs. | DATE: JULY 10, 2009 |
| NATIONAL CITY MORTGAGE, | TIME: 10:00A.M |
| | ROOM: 8, 19TH FLOOR |
| Defendant | HONORABLE JUDGE: CHARLES R. BREYER |

TO NATIONAL CITY MORTGAGE AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that plantiff's Emergency Application for a Temporary Restraining Order will be heard on JULY 10, 2009 at 10:00 A.M, in courtroom 8, 19th floor before the Honorable Charles R. Breyer, at the United States District Court, Northern District Of California located at 450 Golden Gate Ave, San Francisco.

DATED: July 8, 2009

*Porfiria Ramirez*
Porfiria Ramirez
In Pro Per

- 1 -
NOTICE OF HEARING

1  PORFIRIA RAMIREZ
   4830 BELDIN LANE
2  OAKLEY, CA. 94561
   (209)329-3974

09 JUL -8 PH 2:07

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PORFIRIA RAMIREZ, IN PRO PER

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| PORFIRIA RAMIREZ, | ) Case No.: CV092342CRB |
|---|---|
| Plaintiff, | ) **EMERGENCY APPLICATION FOR A** |
| | ) **TEMPORARY RESTRAINING ORDER** |
| vs. | ) |
| NATIONAL CITY MORTGAGE, | ) |
| Defendant | ) |

## INTRODUCTION

Plaintiff stands to lose her home due to the negligence of defendants, and as a result of defendant's conduct: beginning with failing to comply with state laws, CA Commercial Code § 2923.6, CA civil code § 1717.30 and CA civil code §1572. Culminating with the defendant's failure to establish that they are; in fact, entitled to enforce the underlying deed of trust. Defendants lack standing to conduct a non-judicial foreclosure, due to the fact that they are not holders of the original promissory note, in order to enforce the deed of trust.

## FACTS IN SUPPORT

1. On or about April 11, 2005, Ms. Ramirez executed a promissory note in favor of ACCUBANC MORTGAGE A DIVISION OF NATIONAL CITY BANK OF INDIANA.

2. On or about February 2, 2009 Cal-Western sent a Notice of Default to Ms. Ramirez.

3. On or about February 2, 2009 ACCUBANC MORTGAGE substituted NATIONAL CITY BANK OF INDIANA with Cal-Western Reconveyance Corp. as Trustee.

4. On or about March 03, 2009 Ms. Ramirez sent a hardship letter, through her assigned agents, Home Solutions to National City Mortgage. **Attached as Exhibit A.**

5. On or about March 9, 2009 Ms. Ramirez sent a RESPA letter under Section 6 of the Real Estate Settlement Procedures Act. Making an offer to tender payment in three days if they produce the original note. Defendants did not produce the note nor confirm that they have possession of the original note.

6. Ms. Ramirez, though her agents, worked diligently to negotiate a repayment plan with National City Mortgage. She complied with all of the requests of the Defendants, and provided all the requested documents, etc. Home Solutions was told for months that her file was "in review", and that they would not stop or slow down any collection/foreclosure proceedings. When it became obvious that the defendants had no interest in negotiating in good faith, Ms. Ramirez filed a complaint with this court on May 27, 2009. It is now clear, that the Defendant never planned on negotiating in good faith with Ms. Ramirez, and used delay tactics to victimize her.

7. On or about May 30, 2009 Ms. Ramirez received a Notice of Trustee's Sale, from Cal-Western Reconveyance Corp., stating her home would be sold on June 11, 2009. They conducted the sale of her home in less than 14 days, violating state law, California Civil Procedure § 2924.3. It is believed they acted in a malicious manner to retaliate against Ms. Ramirez for filing the complaint.

8. Defendants contend that they still have the right to foreclose on Plaintiffs home.

9. Defendants do not have standing or any enforceable rights to enforce the note, or any rights to proceed with an unlawful detainer.

10. On or about June 28, 2009 Ms. Ramirez received a Three day notice to vacate.

11. Defendants threaten to, and unless restrained, will file an unlawful detainer against Ms. Ramirez.

12. Any such action would result in irreparable harm to plaintiff, and will cause pecuniary compensation which will not afford adequate relief because Plaintiff's Home is unique.

13. As a result of Defendant's acts, Plaintiff has incurred actual damages consisting of mental and emotional distress, nervousness, grief, embarrassment, loss of sleep, anxiety, worry, mortification,

1 | shock, humiliation, indignity, pain and suffering, and other injuries.

2 | 14. An Emergency Restraining Order is needed to stop this unjust, wrongful foreclosure to continue
3 | until the outcome of the trial at hand.

## Conclusion

Before a soon to be divorced, single woman and two senior citizens become homeless, defendants should demonstrate they have the right to enforce the underlying promissory note. There is no proof that the Defendants are holders of the original note and they have not provided any evidence that they have perfected their security interest.

As such, plaintiff prays their application be granted until such time defendants can establish they have the right to enforce the underlying promissory note.

DATED: July 8, 2009

Porfiria Ramirez
In Pro Per

This calendar was last modified: 07/08/2009 06:59:06 PM

US District Court, Northern District of California
Judge Charles R. Breyer
Courtroom 8, 19th Floor
Barbara Espinoza

Scheduling Information

**Wednesday 07/08/2009**

10:15 AM  (r)CR-09-0377 United States of America v Deisy Pacheco (c)
Status Conference
Spanish Interpreter:

10:15 AM  (r)CR-09-0623 United States of America v Jason Signs (c)
Status Conference

10:15 AM  (r)CR-04-0271 United States of America v Teddy Bustamante Villamor (c)
Bail Review

10:15 AM  (r)CR-05-0208 United States of America v William Holman
D's Motion for Early Termination of Probation

11:00 AM  (r)CR-04-0147 Untied States of America v Royrick Miller (c)
Motion to Withdraw as Counsel

**Thursday 07/09/2009**

08:00 AM  No Matters on Calendar

**Friday 07/10/2009**

08:30 AM  C-09-0452 Tamara Knopp v Life Ins. Co. of North America
Initial Case Management Conference (p tele)

08:30 AM  C-08-5652 Board of Trustees v Vargas & Esquivel Construction
Initial Case Management Conference

08:30 AM  C-07-2564 United States v. Dick/Morganti, et al.
Case Management Conference

08:30 AM  C-09-0382 Bare Escentuals v Intelligent Beauty
Further Case Management Conference

08:30 AM  C-08-5540 Creditors Trade Assoc. v Gemstone Publishing
Case Management Conference

10:00 AM  (r)C-09-2342 Porfiria Ramirez (Pro Se) v National City Mortgage
TRO

10:00 AM  (r)C-08-1219 David Keck v Bank of America
Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees, Costs & Expenses

10:00 AM  (r)C-05-3039 Liliana Solis v Regis Corporation
Motion for Final Approval of Class Action Settlement

10:00 AM  (r)C-09-0618 Amanda Kerr v City of San Leandro related cases:
C-09-0619 Jackson v City of San Leandro
C-09-0620 Trujillo v City of San Leandro
C-09-0621 Tiletile v City of San Leandro
C-09-0623 Pena_hornung v City of San Leandro
C-09-0624 O'Callaghan v City of San Leandro
D Stancill's Motion to Dismiss Amd Complaint
D's Motion for Partial Dismissal and Motion to Strike
Initial Case Management Conference

TRANSMISSION VERIFICATION REPORT

TIME : 07/09/2009 13:41
NAME :
FAX :
TEL :
SER.# : M8J849189

```
DATE,TIME           07/09 13:40
FAX NO./NAME        9379137531
DURATION            00:01:01
PAGE(S)             06
RESULT              OK
MODE                STANDARD
                    ECM
```