Stuart B. Wolfe (SBN 156471)
sbwolfe@wolfewyman.com
Megan E. Gruber (SBN 246122)
megruber@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 415
Walnut Creek, California 94596-3579
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendant
NATIONAL CITY BANK (erroneously sued
as "National City Mortgage")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORFIRIA RAMIREZ,<br><br>    Plaintiff.<br><br>v.<br><br>NATIONAL CITY MORTGAGE,<br><br>    Defendant. | Case No.: CV 09 2342 CRB<br><br>[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF COMPLAINT AS TO DEFENDANT NATIONAL CITY BANK<br><br>[FRCP 41(a)(1)]<br><br>Trial Date:  Not yet set<br>Place:  Courtroom 8, 19th Floor |

    The Court, having reviewed the proposed stipulation of Plaintiff PORFIRIA RAMIREZ and Defendant NATIONAL CITY BANK to dismiss National City Bank from this action, pursuant to FRCP 41(a)(1), and good cause therefore,

    IT IS HEREBY ORDERED the Defendant National City Bank, be and hereby are, dismissed with prejudice from the Complaint in this action.

    PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: __Oct. 1__, 2009        By: _____
                                JUDGE OF THE UNITED STATES
                                DISTRICT COURT, NORTHERN DISTRICT
                                OF CALIFORNIA

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

1

[Proposed] Order on Stipulation for Dismissal